# Exhibit A

Character Letter for Moral

From,
Purviben Panchal
10 Fuschetto CT, Farmingdale, NY 11735

631-992-4426
purvipatel107@gmail.com

Date: 08/08/2025

Hon. Justice Myong J. Joun
U.S. District Judge
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re.- U.S. v. Rambhai Patel 1:24CR10044-001

Dear Judge Joun,

I, Purvi Patel, wife of Rambhai Patel writing this letter to provide strong support to my husband as he is currently facing conspiracy to commit visa fraud. I have known him for 15 years and have been married to him for 11 years. My husband is a person of unwavering integrity, honesty, and strong moral principles. Since I am with him, I have seen that my husband has consistently demonstrated a commitment to ethical behavior in all aspects of life. In personal relationships, he exhibits kindness, compassion, and an unfaltering sense of responsibility. I request court to consider his moral character and see that how he is as an individual.

Rambhai Patel has been a pillar of support for our family, always placing the well-being of our loved ones at the forefront. His dedication to our family's happiness and stability is evident in the love and care he provides. Whether it's helping with household responsibilities, nurturing our relationship, or being a loving parent, he approaches every role with a sense of duty and devotion. He has always put family above everything else. The moral values in which my husband believes has guided him in making ethical decisions and he shows remorse when any mistake has been made by him.

My husband's parents, Dasharathbhai Patel and Kamlaben Patel lives with us. He takes care of his parents. He takes them to doctor for their regular checkups. His father is suffering from high blood pressure, mixed hyperlipidemia, pre-diabetes, right renal mass and Rambhai makes sure that he is eating proper food that doesn't affect his health and remind him to take his medicines on time. Every weekend he takes his whole family to temple and spends time with them. He takes them to frequent dinner to their parent's favorite places.

It is my sincere belief that my husband, Rambhai Patel, is a person of integrity and he deeply regrets for mistakes. He is learning from his mistake. For the past eleven years, our whole life has

been in Long Island, NY. I believe that, with the understanding of his character, you will consider his personality and his contribution in our family and society. He has been raised in big joint family and has always been an important and special person for each and every family member. He has his own unique special relationship with each of the family members. Me and my husband have a nine-year-old son who loves his dad a lot and can't live without him. Personally, I can say that my husband, Rambhai Patel, always learns from his mistakes and deserves to be with his family as he is a good person. My husband is the heart of our family especially for me and my son. My son is more attached to my husband than me. This situation is very difficult for my son to understand and I am having a hard time making him stay calm.  If you have any specific questions or require additional information, please feel free to contact me.

Sincerely,

Purviben Panchal