# Exhibit B

Character Letter for Moral

From,
Namah Patel
10 Fuschetto CT, Farmingdale, NY
11735

Date: 08/08/2025

Hon. Justice Myong J. Joun
U.S. District Judge
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re.- U.S. v. Rambhai Patel 1:24CR10044-001

Dear Judge Joun,

I am writing this letter for my dad, Rambhai Patel. I am missing my dad so much. This is the first time I have been away from my dad. I love my dad. I want my dad with me.

My mom works in the morning time, so form more than a year, my dad wakes me up to go to school, my dad is always there beside me, helps me to get up, shower, also makes me breakfast and send me to school. He takes me for movies, shopping, dinner and gets me desserts every weekend. Without him being with me, I don't feel like to get up and go to school.

Every morning, me and my dad pray together. He taught me how to pray to god. He always encourages me to go for different activities such as soccer, art, and swimming. My dad supports me in everything I want to do. My dad takes me to Dave and Buster's whenever I tell him that I have to play games. I enjoy playing games and spending times with him.

I love doing my school homework with him. He even always comes to my school concerts, and I see him in the audience clapping for me the whole time I was performing. He comes to my PTA meeting in school and if teacher complains something of me, my dad make me understand my mistake and guide me how do I make it right. One time I was having a problem understanding problems in my math's classes, so he made me understand it so creatively, like I am playing a game.

My dad loves to help other people. Around three months ago, me and my dad went to give blankets to homeless people. Whenever my friends comes to my house to play, my dad play games with us and makes us snacks when we get hungry.

He is more of my best friend then my dad. He even calls me buddy. He comes with me to my classes and games, always there cheering me up during my whole game. Every night me and my

dad do the ice-cream party. Right now that he is not with me, I promised myself that I will not eat ice-cream until he comes back to me. My dad is a nice person.

Sincerely,

Namah Patel