# Exhibit C

Character Letter for Moral

From,
Rudra Patel
5 Fuschetto CT, Farmingdale, NY 11735
929-407-0970

Date: 08/08/2025

Hon. Justice Myong J. Joun
U.S. District Judge
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re.- U.S. v. Rambhai Patel 1:24CR10044-001

Dear Judge Joun,

My uncle, Rambhai Patel, has always been an extraordinary presence in my life. From the time I was a little child, he stepped into the role of a father figure, guiding me through the journey of life with his unwavering love and support. Despite the thousands of miles that separated us, he bridged the distance effortlessly, connecting with me through endless hours of FaceTime conversations.

His infectious laughter and incredible personality became a constant source of inspiration for me. Whenever we spoke, his positive energy and zest for life would fill the screen, instantly lighting up my day. Through his gentle words and caring gestures, he made it abundantly clear that his love for me knew no boundaries. His physical presence brought solace and reassurance, reminding me that no matter how far apart we were, our bond remained unbreakable.

My uncle's belief in my dreams and aspirations has been unwavering. No matter how big or small my goals were, he always encouraged me to reach for the stars. Through his constant support and encouragement, I gained the confidence to chase my passions and believe in my own abilities.

Even during the toughest times, My uncle remained my pillar of strength. Whenever life threw obstacles my way, he offered a safe haven where I could express my fears and uncertainties. His words of wisdom and empathy provided comfort and guidance, assuring me that I was never alone in my struggles. His presence in my life has taught me resilience and the importance of having someone to lean on in times of need.

As the years have passed, Mama's influence on my life has only grown stronger. I carry his teachings, his laughter, and his incredible spirit within me, knowing that his impact will forever be etched in my heart.

He has not only been an uncle but also a mentor, a friend, and a second father figure. His love transcends geographical boundaries, language barriers, and any other obstacles that life may present. He is and will always be a special person in my life.

Sincerely,

Rudra Patel