# Exhibit D

Character Letter for Moral

From,
Kamalaben Patel
10 Fuschetto Ct  Farmingdale NY 11735
631-889-4071

Date: 08/08/2025

Hon. Justice Myong J. Joun
U.S. District Judge
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re.- U.S. v. Rambhai Patel 1:24CR10044-001

Dear Judge Joun,

My name is Kamlaben Patel, and I am the mother of Rambhai Patel. I write this letter with a heavy heart but also with the love and truth only a mother can share about her child.

From the day he was born, Rambhai has been a son who has filled my life with kindness, respect, and care. As he grew, I watched him become not just a hardworking man, but also a person who always made his family's needs his first priority. He has never hesitated to help me — whether it was accompanying me to the temple, making sure I had my medicines on time, or simply sitting with me in the evening to talk and share laughter. Those moments have been my greatest blessings.

Rambhai has always had a gentle heart. He would never let me carry heavy bags, and even after long days of work, he would ask if I had eaten before he took his own meal. When I was unwell, he would wake up in the middle of the night to check on me. He has also been there for our relatives and neighbors, offering help without waiting to be asked. This is the son I know — loving, respectful, and always ready to care for others.

I know my son is facing serious charges, and it pains me deeply. I do not deny that mistakes have been made, but I also know that these mistakes do not erase the years of good he has done for his family and community. As a mother, I have seen the sorrow and remorse in his eyes. I believe that if given a chance, he will work to correct his path and continue to live with the values we raised him with.

Your Honor, I humbly ask you to see my son as I have known him — a devoted, caring, and loving person whose presence means the world to his family. We are a close family, and without him, there is an emptiness in our home that cannot be filled. I pray that you will show mercy, so that he may return to us and continue to be the loving son and father that he is.

Yours Sincerely,

*Kamalaben Patel*

X

_____

Kamalaben Patel