# Exhibit E

Character Letter for Moral

From,
Dashrathbhai Patel
10 Fuschetto Ct  Farmingdale NY 11735
631-889-4071

Date: 08/08/2025

Hon. Justice Myong J. Joun
U.S. District Judge
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re.- U.S. v. Rambhai Patel 1:24CR10044-001

Dear Judge Joun,

My name is Dasharathbhai Patel, and I am the proud father of Rambhai Patel. I write to you as a parent who has known him not only as my child, but as a man who has consistently shown love, responsibility, and compassion toward his family and others.

From the time he was young, Rambhai has been a caring and respectful son. He has always placed the well-being of his family before his own needs. When I grew older and my health began to decline, Rambhai was the one who made sure I had my medicine, attended my doctor's appointments, and felt supported every day. He would work long hours and still come home to sit with me, share a meal, and ask if I needed anything.

Rambhai's care extends beyond our immediate family. He has often helped relatives, friends, and neighbors in times of need — whether by offering his time, lending money without expecting it back, or simply being there to listen. His actions have always reflected the values I tried to teach him: honesty, hard work, and kindness.

I understand that my son now faces serious legal consequences. I am deeply saddened by the mistakes he has made, and I know he feels genuine regret. This situation has weighed heavily on him and our entire family. I truly believe that this experience has humbled him, and that given the opportunity, he will dedicate the rest of his life to doing right by others.

Your Honor, I respectfully ask that you consider the man I have known for all these years

— a devoted son who has cared for his aging parents, supported his family, and shown kindness to many. I hope you will find it in your heart to show mercy, so that he may continue to be a source of love and support to those who depend on him.

Thank you for taking the time to read my words and for considering the character of my son.

Yours Sincerely,

X _____
Dashrathbhai Patel