# Exhibit F

Character Letter for Moral

From,
Jalpa Patel
Owner of Subway Restaurant
1157 Deer Park Ave, North Babylon, NY
732-476-9975

Date: 08/08/2025

Hon. Justice Myong J. Joun
U.S. District Judge
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re.- U.S. v. Rambhai Patel 1:24CR10044-001

Dear Judge Joun,

My name is Jalpa Patel, and I used to own a restaurant where Rambhai Patel was working as sandwich artist. He quitted the work when he found another good opportunity to move ahead with his career.

I have known Rambhai Patel for more than 5 years now. He has always been a family guy who cares for customers. To give you a personal example, he helped customers with disabilities at the store, and care for customers who come with kids. He offers kids free cookies and makes special sandwiches for them.

Apart from that, he has often participated in community events and fundraisers along with sampling for nearby fire departments. He always came through for me when I needed back up employee when someone calls out sick. I hope that this letter defines him as good character/ caring person.

X _Jalpa Patel_____

From:
Kokilaben Patel
*Aunt of Rambhai Patel*
*4512 Express Drive South,*
*Ronkonkoma, NY 11779*
*732-476-9932*

*08/08/2025*

on. Justice Myong J. Joun
U.S. District Judge
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re.- U.S. v. Rambhai Patel 1:24CR10044-001

To whom it may concern:

My name is Kokilaben Patel.  I am the aunt of Rambhai Patel. I have known him since he was kid. He is very good and caring person. He have always looked after elders in the family and took care of them.

I have seen him help so many people back in India in the village. In one particular instance, he helped the family with leaking roof. He himself did not have much money. He gathered some money from friends and alongwith his friends he worked day and night for few days and helped the family build new roof.

There are so many instances where he helped needy people. So many of them are elders who do not have

Anyone to get help from.

In final stage of this letter, I would like to thank the judge for considering.

*K. V. Patel*

Thanks you,
Kokilaben Patel



**BOARD OF DIRECTORS:**

Sunder Luthra. President
Gobind Bathija. Treasurer
Nanda Sundri. Secretary
Sunder Bajaj. Vice President
Anil Khanna. Vice President
Chiman Suchdeve
Priyanka Kakkar
Anju Mehra
Prema Vig

**PUNDITS (PRIESTS):**

Pandit Shri Madan Kumar Jha
Pandit Shri Pipalmani Sigdel
Pandit Shri Gokul Sapkota

August 08, 2025

To whom it may concern,

I am writing in support of Mr. Rambhai Patel , who resides at
10 Fuschetto Ct
Farmingdale NY, 11735

Mr. Patel has been a devotee of AsaMai Hindu Temple for the last 10 years.
As a devotee, he attends services at the Temple regularly.
Mr.Patel      also engages in volunteer services at the Temple.
He is a kind person and does whatever is asked of him like vacuuming and
serving food.

I wish him all the best.
Should you have any questions, please feel free to contact me at
516-433-4388.

Yours sincerely,



Madan Kumar Jha

Pandit Madan Jha

**Afghan-Hindu Association, Inc**
www.asamai.com
www.afghanhindu.net

**Asamai Hindu Temple & Community Center**

80 East Barclay Street, Hicksville, NY 11801
Tel: (516) 433-4388

**Asamai Hindu Temple Of Washington
Metropolitan**
230 Awkard Lane, Silver Spring, MD 20905
Tel: (301) 966-9100

Character Letter for Moral

From,
Reshmaben Patel
5 Fuschetto CT, Farmingdale, NY 11735
516-303-3869
Romadeep1213@gmail.com

Date: 08/08/2024

Hon. Justice Myong J. Joun
U.S. District Judge
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re.- U.S. v. Rambhai Patel 1:24CR10044-001

Dear Judge Joun,

Rambhai Patel is my one and only brother, whom I have known very closely throughout my life. When my second child Rudra was infant, and I was working from home and my baby was crying, during that time my brother Rambhai Patel use to play with my daughter through skype from India, even though it was midnight in India, so that I can work. He has helped me a lot during that time, and I will never forget that.

Later, when he came to US, he used to pick up and drop my both child whenever I needed. He takes care of my kids as if they are his own kid. I live just across the street to be close to my brother. He always helps the needful, sometimes I tell him not to help and trust everyone but inspite of my saying no, he always helps. He even treats my friends as his own sisters. Rambhai Patel has a strong sense of empathy and is always ready to support friends and family members in times of need.

Me and my brother lost our elder sister when we were teenager at that time. After that, my brother become very possessive about me after he lost our elder sister. He then started taking more care of me. After my brother Rambhai Patel came to US, we used to live in the same house for more than four years. My takes me everywhere with him, wherever he goes. He always asks for my opinion.

As far as I know, he has not harm anyone in anyway. He doesn't even speak ill about anyone. He can't even see anyone in pain. In terms of personal relationships, my brother Rambhai Patel is known for compassion, kindness, and willingness to help others. He has also done community service of 60 hours at The Salvation Army Family Store, Babylon NY in 2019.

He is not only my loving sibling but also a person of strong character who consistently strives to make ethical choices and contributes positively to the world. If you have any specific questions or if you need any additional information, please feel free to contact me.

Thank you for considering this letter for Rambhai Patel.

Sincerely,

*Reshma D. Patel*

Reshmaben Patel

Character Letter for Moral

From,
Mayank Panchal
10919 Stancliff Rd Apt 7111 Houston Tx 77099
346-381-7518

Date: 08/08/2025

Hon. Justice Myong J. Joun
U.S. District Judge
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re.- U.S. v. Rambhai Patel 1:24CR10044-001

Dear Judge Joun,

My name is Mayank Panchal, and I am the brother of Purviben Panchal, Rambhai's wife. I have known Rambhai for many years, not just as my brother-in-law, but as a trusted friend and a member of my own family.

From the beginning, I have known Rambhai to be a respectful, hardworking, and family-oriented man. He treats my sister with love and care, and I have often seen how devoted he is to his children and extended family. At family gatherings, he is the one making sure everyone is comfortable, serving food before he eats himself, and checking on the elders to see if they need anything.

I have personally witnessed his generosity toward others. Whether helping a friend in need, visiting a sick relative, or quietly providing support to someone going through a difficult time, Rambhai has always acted with compassion. His actions speak more than words, and they have left a positive impression on everyone who knows him.

I understand that he now faces serious charges. This is a difficult time for all of us, and I know he deeply regrets the mistakes that have brought him here. I believe that

this experience has been a turning point in his life, and that if given mercy, he will continue to live in a way that reflects the good values he has always shown to our family.

Your Honor, I respectfully ask that you consider the man we know — a loving husband, a caring father, and a dependable family member — when determining his sentence. Our family remains committed to supporting him, and I believe that with our guidance and encouragement, he will continue to be a positive presence in our lives and in the community.

Thank you for taking the time to read my words.

Yours Sincerely,

*Mayank Panchal*

Mayank Panchal

Character Letter for Moral

From,
Nilesh Patel
3 Ivy Rd, Rocky Point, NY 11778
631-644-1835

Date: 08/08/2025

Hon. Justice Myong J. Joun
U.S. District Judge
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re.- U.S. v. Rambhai Patel 1:24CR10044-001

Dear Judge Joun,
I have known Rambhai Patel for four years as a close friend and also as a business partner. Rambhai Patel is an organized, efficient, and extremely competent person.

Rambhai Patel has an excellent relationship with me and my family. During these years, I have come to know several fine qualities. He always cares about people around him and makes sure he does the right thing in all situations. As a business partner, he is an energetic worker, dedicated to his work and always thinking about the next step.

Under this pretext, I strongly recommend Rambhai Patel as a humble and sensible person.

If you have any further questions, contact me.

Sincerely,

Nilesh Patel

Character Letter for Moral

From,
Gazmir Kercuku
8 Fuschetto Ct, Farmingdale, NY 11735
516-322-2514

Date: 08/08/2025

Hon. Justice Myong J. Joun
U.S. District Judge
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re.- U.S. v. Rambhai Patel 1:24CR10044-001

Dear Judge Joun,

I am writing this letter to provide a character reference for my neighbor, Rambhai Patel. Throughout our time living in close proximity for three years, I have had the pleasure of getting to know him well.

Rambhai Patel consistently demonstrates a commitment to ethical behavior in our neighborhood and in all aspects of life. His genuine kindness, compassion, and sense of responsibility make him a valuable and respected member of our community.

In terms of neighborhood relationships, Rambhai Patel has proven to be a considerate and helpful neighbor. He is always ready to lend a hand, whether it's assisting with household tasks, offering support during challenging times.

If you have any specific questions or require additional information, please feel free to contact me.

Thank you for considering this character reference for Rambhai Patel.

Sincerely,

Gazmir Kercuku